UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| GARY P. ZERINGUE | * | CIVIL ACTION NO. 2:18-CV-13561-GGG-KWR |
| | * | |
| VERSUS | * | JUDGE GREG GERARD GUIDRY |
| | * | |
| HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY | * | MAGISTRATE JUDGE KAREN WELLS ROBY |
| | * | |

*************************************************************************

## FINAL JUDGMENT OF DISMISSAL WITH PREJUDICE

Considering the Plaintiff's Unopposed Motion to Dismiss with Prejudice submitted in the above-captioned lawsuit and finding there good cause for the granting of same:

**IT IS ORDERED, ADJUDGED AND DECREED** that Plaintiff's Unopposed Motion to Dismiss with Prejudice be and is hereby granted.

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that the above-captioned lawsuit and all claims asserted by Gary P. Zeringue therein against Hartford Life and Accident Insurance Company be and are hereby dismissed with prejudice.

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that Gary P. Zeringue and Hartford Life and Accident Insurance Company shall bear their/its own respective costs including court costs, attorney's fees and expenses.

THUS DONE AND SIGNED on this __16th__ day of _____October_____, 2019 in New Orleans, Louisiana.

_____
GREG GERARD GUIDRY
UNITED STATES DISTRICT JUDGE